IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOEY FENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-5981 |
| | ) | |
| CITY OF CHICAGO, Former CHICAGO | ) | Judge Sara L. Ellis |
| POLICE SERGEANT RONALD WATTS, | ) | |
| Former CHICAGO POLICE OFFICER | ) | |
| KALLATT MOHAMMED, Former | ) | |
| CHICAGO POLICE SERGEANT ALVIN | ) | |
| JONES, OFFICER DOUGLAS NICHOLS, | ) | |
| OFFICER MANUEL LEANO, OFFICER | ) | |
| ELSWORTH SMITH JR., OFFICER | ) | |
| LAMONICA LEWIS, OFFICER ROBERT | ) | |
| GONZALEZ, DANA STARKS, and other as- | ) | |
| yet-unidentified officers of the Chicago Police | ) | |
| Department, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Joey Fenton, by his attorneys, Loevy & Loevy; Defendant City of Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago; Defendant Dana Starks, by his attorneys, Burns Noland LLP, Special Assistant Corporation Counsel; Defendant Ronald Watts, by his attorneys, Johnson & Bell, Ltd., Special Assistant Corporation Counsel; Defendant Kallatt Mohammed, by his attorneys, Mohan Groble Scolaro, P.C., Special Assistant Corporation Counsel; and Defendants Alvin Jones, Douglas Nichols, Jr., Manuel Leano, Elsworth Smith, Jr., Lamonica Lewis and Robert Gonzalez, by their attorneys, Hale & Monico, LLC, Special Assistant Corporation Counsel; and the parties have entered into a Release and Settlement Agreement and Stipulation to

Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All the claims of Plaintiff Joey Fenton against City of Chicago, Ronald Watts, Kallatt Mohammed, Alvin Jones, Douglas Nichols, Jr., Manuel Leano, Elsworth Smith, Jr., Lamonica Lewis, Robert Gonzalez, and Dana Starks, including all claims against unknown, unidentified, and/or unserved officers and agents of the Chicago Police Department, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice on June 15, 2026, unless a party has moved to extend that date prior to June 15, 2026. Each side shall bear its own costs and attorneys' fees.

All other court-ordered dates and deadlines are vacated.

12/15/2025

ENTER: _____

HONORABLE SARA L. ELLIS
UNITED STATES DISTRICT JUDGE

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Attorneys for Defendant City of Chicago
Special Assistant Corporation Counsel
Burns Noland LLP
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090